```
 1  John Houston Scott (State Bar No. 72578)
    The Scott Law Firm
 2  1375 Sutter Street, Ste 222
    San Francisco, CA 94109
 3  Telephone: (415) 561-9600
    Facsimile: (415) 561-9609
 4
    Amitai Schwartz (State Bar No. 55187)
 5  Lisa M. Sitkin ( State Bar. No. 194127)
    Law Offices of Amitai Schwartz
 6  Watergate Towers
    2000 Powell Street, Suite 1286
 7  Emeryville, CA 94608
    Telephone: (510) 597-1775
 8  Facsimile:  (510) 597-0957
    attorneys@schwartzlaw.com
 9
    Attorneys for Plaintiff
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JANEITH GLEN-DAVIS, | ) | Case No. C-02--2257 SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER SETTING TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS |
| v. | ) | |
| CITY OF OAKLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Previously the parties stipulated and the Court ordered on March 10, 2006 that plaintiff may have sixty (60) days from the court's entry of its order on defendants' motion for a new trial within which to meet and confer concerning plaintiff's claim for an award of attorneys' fees and costs and to file a motion for fees and costs, pursuant to Local Rule 54-6(a), if necessary.

The court ruled on the motion for a new trial on March 5, 2007. It also vacated its prior judgment. There is now pending before the court an additional motion for front pay. A final judgment has not been entered. Accordingly, the

1 parties believe that an additional order extending time to file a motion for
2 attorneys' fees and costs following the entry of the final judgment is warranted in
3 order to permit them sufficient time to meet and confer regarding all monetary
4 claims in this case.
5     Therefore, subject to the approval of the court, IT IS STIPULATED by and
6 between the parties herein, through their counsel of record, Rachel Wagner, Deputy
7 City Attorney, for defendants, and Amitai Schwartz, special counsel for plaintiffs,
8 that plaintiffs may have forty five (45) days from the entry of final judgment within
9 which to meet and confer concerning plaintiff's' claim for an award of attorneys'
10 fees and costs and to file a motion for fees and costs, pursuant to Local Rule 54-
11 6(a), if necessary.

12     IT IS SO STIPULATED.

14 Dated: May 6, 2007                            /s/
                                        Rachel Wagner
15                                         Deputy City Attorney
                                        Attorney for Defendants

17 Dated: May 6, 2007                            /s/
18                                         Amitai Schwartz
                                        Special Counsel for Plaintiffs

20     PURSUANT TO STIPULATION, IT IS SO ORDERED.

22 Dated:                                    [signature]
23                                         Susan Illston
                                        United States District Judge