IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANEITH GLENN-DAVIS, | No. C 02-2257 SI |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

After six days of trial, on February 24, 2006, a jury found in favor of plaintiff in this employment discrimination case, and awarded her $150,000 in back pay and $1.85 million in emotional distress damages. The Court entered judgment in favor of plaintiff and against defendant on March 1, 2006. Defendant then filed post-trial motions, and by order filed March 5, 2007, the Court left intact the $150,000 back pay award and granted defendant's motion for a new trial unless plaintiff accepted a remittitur of the emotional distress damages to $400,000. Plaintiff accepted the remittitur. By order filed February 12, 2008, the Court awarded plaintiff $69,833 in front pay.

IT IS ORDERED AND ADJUDGED that pursuant to the jury's findings and the March 5, 2007 and February 12, 2008 orders, an amended judgment shall be entered in favor of plaintiff Janeith Glenn-Davis and against defendant City of Oakland. Interest shall run from the date of the March 1, 2006 judgment. *See Guam Society v. Ada*, 100 F.3d 691, 702 (9th Cir. 1996).

**IT IS SO ORDERED.**

Dated: April 28, 2008

SUSAN ILLSTON
United States District Judge