Amitai Schwartz (State Bar No. 55187)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
Telephone: (510) 597-1775
Facsimile: (510) 597-0957
attorneys@schwartzlaw.com

John Houston Scott (State Bar No. 72578)
The Scott Law Firm
1375 Sutter Street, Ste 222
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANEITH GLENN-DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, et al.,<br><br>    Defendants.<br>_____ | Case No. C-02--2257 SI<br><br>STIPULATION AND ORDER CONTINUING DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS |

    Previously the parties stipulated and the Court ordered on April 9, 2007 that plaintiff may have forty five (45) days from the court's entry of final judgment to file a motion for attorneys' fees and expenses, pursuant to Local Rule 54-6(a), if necessary.

    Following the entry of final judgment, the parties have met and conferred in good faith. The parties have reached a tentative settlement of plaintiff's claims for attorneys' fees and resolution of all issues in this case. However, the settlement must be finally approved by the Oakland City Council. The parties anticipate that

the settlement will be approved and that payment will be made no later than July 31, 2008.

In order to preserve plaintiff's right to bring a motion for attorneys' fees and expenses, if necessary, and subject to the approval of the court, IT IS STIPULATED by and between the parties herein, through their counsel of record, Rachel Wagner, Deputy City Attorney, for defendants, and Amitai Schwartz, special counsel for plaintiff, that plaintiff may have until August 15, 2008 to file a motion for attorneys' fees and expenses, if necessary.

IT IS SO STIPULATED.

Dated: June 2, 2008            /s/ Rachel Wagner
                               Rachel Wagner
                               Deputy City Attorney
                               Attorney for Defendants


Dated: June 2, 2008            /s/ Amitai Schwartz
                               Amitai Schwartz
                               Special Counsel for Plaintiffs


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:                         _____
                               Susan Illston
                               United States District Judge