```
JOHN A. RUSSO, City Attorney – State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
RACHEL WAGNER, Supervising Trial Attorney – State Bar #127246
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-4921      Fax: (510) 238-6500
Email: rwagner@oaklandcityattorney.org
X01528:464740
```

Attorneys for Defendant
CITY OF OAKLAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANEITH GLENN-DAVIS, | Case No. C02-2257 SI |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this entire action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear its own costs and fees.

DATED: July 30, 2008

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
RACHEL WAGNER, Supervising Trial Attorney

By: *[signature]*
Attorneys for Defendant
City of Oakland

| | | |
|---|---|---|
| 1 | Dated: August , 2006 | |
| 2 | | LAW OFFICES OF JOHN L. BURRIS |
| 3 | | |
| 4 | | By:____[signature]____<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: August , 2006 | THE SCOTT LAW FIRM |
| 7 | | |
| 8 | | By:_____ |
| 9 | | Attorneys for Plaintiff |

| | | |
|---|---|---|
| 1 | Dated: August     , 2006 | |
| 2 | | LAW OFFICES OF JOHN L. BURRIS |
| 3 | | |
| 4 | | By: _____<br>Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: August 7, 2006 | |
| 7 | | THE SCOTT LAW FIRM |
| 8 | | |
| 9 | | By: _____<br>Attorneys for Plaintiff |

IT IS SO ORDERED
/s/ Susan Illston
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA